IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>**DOUGLAS SHARRON PIGGEE JR.,**<br><br>               Defendant. | CR NO: 2:23-CR-0029 DAD |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum   ☐ Ad Testificandum

Name of Detainee: Douglas Sharron Piggee Jr.
Detained at: California State Prison, Corcoran

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: 18 U.S.C.§ 1951
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

| | |
|---|---|
| Signature: | */s/ Emily G. Sauvageau* |
| Printed Name & Phone No: | Emily G. Sauvageau (916) 554-2761 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **forthwith**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: February 10, 2023

*Allison Claire*
Honorable Allison Claire
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | Douglas Sharon Piggee | ☒Male ☐Female | |
| Booking or CDC #: | BU0165 | DOB: | 09/08/1971 |
| Facility Address: | 4001 King Avenue, Corcoran, CA 93212 | Race: | Black |
| Facility Phone: | (559) 992-8800 | FBI#: | 457764NA0 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____   _____
                                                          (signature)