1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  431 I Street, Suite 102
   Sacramento, CA 95814
3  (916) 443-8055
4
   Attorney for Defendant
5  DOUGLAS PIGGEE

6              IN THE UNITED STATES DISTRICT COURT
7             FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,            Case No.: 2:23-cr-029 JAM
10                                                 2:98-cr-499 JAM
              Plaintiff,                           2:22-cr-155 JAM
11
12      v.                              **STIPULATION AND ORDER
                                        CONTINUING SENTENCING
13 DOUGLAS SHARRON PIGGEE, JR.,         HEARING AND DISPOSITIONAL
14                                      HEARING**
15            Defendant.
                                        DATE:   September 23, 2025
16                                      TIME:   9:00 a.m.
                                        JUDGE:  Hon. John A. Mendez
17

...

25      IT IS HEREBY STIPULATED by and between Assistant United States Attorney
26 Haddy Abouzeid, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for
27 Defendant Douglas Piggée, that the sentencing hearing scheduled for September 23,
28

- 1 -

1  2025, at 9:00 a.m., be vacated and the matter continued to this Court's criminal calendar
2  on October 21, 2025, at 9:00 a.m. for judgment and sentence.
3      Defense counsel requires additional time to review case records and confer with
4  Mr. Piggée. Defense counsel was notified on August 22, 2025, that Mr. Piggée had been
5  transferred to a detention facility in Mendota, California.
6      Consequently, after consulting with US Probation, the parties propose the
7  following modifications to the disclosure schedule (**2:23-cr-00029-JAM**):
8      Informal Objections due: **09/23/2025**
9      Final PSR due: **09/30/2025**
10     Motion for Correction: **10/07/2025**
11     Reply, or Non-Opposition: **10/14/2025**
12     J&S: **10/21/25**

14 DATED:  August 25, 2025  /S/  Haddy Abouzeid
15                          HADDY ABOUZEID
                            Attorney for Plaintiff

17                          /S/  Clemente M. Jiménez
18                          CLEMENTE M. JIMÉNEZ
19                          Attorney for Douglas Piggée

|   |   |
|---|---|
| 1 |  |
| 2 | **ORDER** |

Based on the stipulation of the parties, the Court hereby **CONTINUES** the September 23, 2025 sentencing hearing (**2:23-cr-00029-JAM**) and dispositional hearing (**2:22-cr-00155-JAM; 2:98-cr-00499-JAM**) to **October 21, 2025, at 9:00 a.m.**, before the undersigned, and **ADOPTS** the above modifications to the disclosure schedule (**2:23-cr-00029-JAM**).

August 28, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE