ERIC GRANT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-00029-JAM<br>2:98-cr-00499-JAM<br>2:22-cr-00155-JAM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER GRANTING SIXTH REQUEST TO CONTINUE SENTENCING AND DISPOSITIONAL HEARINGS, AND GRANTING FIRST REQUEST TO CONTINUE HEARING ON MOTION TO WITHDRAW PLEA** |
| DOUGLAS SHARRON PIGGEE, JR., | |
| Defendant. | |
| | DATE: July 14, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing and a hearing on the defendant's motion to withdraw plea on July 14, 2026.

2. Undersigned government counsel was designated as counsel for service on June 10, 2026, after the departure of prior government counsel and needs additional time to review the file and draft an opposition.

3. By this stipulation, the parties request to continue the hearing and sentencing to August 11, 2026.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

4.        The parties agree to the following revised briefing schedule for the motion to withdraw:

a)        Government's opposition: July 14, 2026

b)        Defendant's reply brief, if any: July 28, 2026

IT IS SO STIPULATED.

Dated:  June 15, 2026                                    ERIC GRANT
                                                        United States Attorney


                                                        /s/ CAMERON L. DESMOND
                                                        CAMERON L. DESMOND
                                                        Assistant United States Attorney


Dated:  June 15, 2026                                    /s/ Michael Heumann
                                                        Michael Heumann
                                                        Counsel for Defendant
                                                        Douglas Sharron Piggee, Jr.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

## ORDER

Based on the stipulation of the parties, the Court hereby **CONTINUES** the July 14, 2026 sentencing hearing and hearing on Defendant's Motion to Withdraw Plea (2:23-cr-00029-JAM), and dispositional hearing (2:22-cr-00155-JAM and 2:98-cr-00499-JAM) to **August 11, 2026, at 9:00 a.m.**, in Courtroom 6, before Senior District Judge John A. Mendez.

The briefing schedule on the Motion at ECF No. 81 is **MODIFIED**, and the government's opposition shall be filed on or before **July 14, 2026**. Defendant's reply, if any, shall be filed on or before **July 28, 2026**. If the Court concludes that oral argument is not necessary, the Motion will be taken under submission, and the parties will be notified accordingly.

**IT IS SO ORDERED**.

Dated: June 17, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3